United States Bankruptcy Court
District of Oregon

Gouge,
    Plaintiff

Adv. Proc. No. 21-03040-pcm

United States Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 1
Date Rcvd: Jan 26, 2022     Form ID: pdf018     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion18.pl.ecf@usdoj.gov | Jan 26 2022 22:41:00 | US Trustee, Portland, 1220 SW 3rd Ave., Rm. 315, Portland, OR 97204-2829 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2022     Signature:     /s/Joseph Speetjens

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **In re**<br>**FRANKLIN W. GOUGE,**<br><br>  Debtor. | Case No. 21-31432-pcm7<br><br>Adv. Proc. No. 21-03040pcm |
| **FRANKLIN W. GOUGE,**<br><br>  Plaintiff,<br>  vs.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION; and**<br>**NELNET INC.,**<br><br>  Defendants. | ORDER EXTENDING TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT |

On its own authority and upon the agreement of the parties at the Continued Pretrial Conference on January 25, 2022 it is hereby ORDERED:

The parties shall have until March 28, 2022 to file motions for summary judgment.

###

Presented by:

Scott Erik Asphaug, OSB # 833674
United States Attorney
District of Oregon

s/ Jessie D. Young
Jessie D. Young, OSB # 135246
jessie.young@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503-727-1003
Attorney for Defendant United States
      Department of Education